IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH BOWMAR, SARAH BOWMAR,<br>and BOWMAR BOWHUNTING, LLC<br><br>    Defendants. | CASE NO.: 8:20-CR-178 |

## LOCAL CRIMINAL RULE 44.4
## ATTORNEY'S CERTIFICATION

I hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. That I am G. Kline Preston, IV and I am counsel for the Defendants in this action.

2. That I have licensed to practice law in Tennessee since 1995 and I have engaged in litigation my entire practice. That I am also licensed in the United States Supreme Court, Sixth Circuit Court of Appeals, United States District Courts for the Northern and Southern Districts of Illinois, United States District Court for the Eastern District of Michigan, United States District Court for the Northern District of Indiana, United States District Court for the Southern District of Ohio, United States District Court for the Eastern District of Wisconsin, United States District Courts for the Middle and Western Districts of Tennessee, United States District Court for Nevada, United States District Court for Arizona, United States District Court for Nebraska, United States District Court for the Western District of Kentucky (pro hac vice), and by the Association of Russian Jurists.

3. That my testimony is based upon my personal knowledge and observations.

4. That my testimony is true.

5. That I am familiar with the facts underlying the indictment in this matter and the charges against each Defendant.

6. That I am unaware of any conflicts of interest between and amongst the Defendants in this indictment.

7. That I do not foresee a conflict in this matter arising in the future based on the information I now know nor do I anticipate a situation which might result in a conflict of interest.

_____       8/25/20
G. Kline Preston, IV, Esq.                              Date

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq.
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
(615) 279-1619
(866) 610-9565 Fax
kpreston@klineprestonlaw.com
*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this Notice of Filing on the 25th day of August 2020, using the Court's electronic filing system, and that it has been forwarded via CM/ECF to:

Mr. Donald J. Kleine, Esq. (#22669)
Assistant U.S. Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Donald.kleine@usdoj.gov

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq.