# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.: 8:20-CR-178 |
| VS. | ) | |
| JOSH BOWMAR, SARAH BOWMAR, And BOWMAR BOWHUNTING, LLC | ) | |
| Defendants. | ) | |

## DECLARATION OF SARAH BOWMAR

I hereby declare and state under penalty of perjury as follows:

1. That I am Sarah Bowmar and I am one of the defendants in this action.

2. That I am competent to testify based on my personal knowledge, observations and belief and I am over the age of eighteen.

3. That my testimony is true.

4. That I am currently pregnant with my second child who is now expected to be born in March, 2022.

5. That given the complexities of pregnancy and birth it will be challenging for me to adequately participate in my defense in this matter at the time it is set for trial and for a brief time thereafter.

6. That I and my husband waive our speedy trials rights in the event the Court will indulge us and allow us a short continuance.

_____  _____
**SARAH BOWMAR**                                   **DATE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 8:20-CR-178 |
| ) | |
| VS. ) | |
| ) | |
| JOSH BOWMAR, SARAH BOWMAR, ) | |
| And BOWMAR BOWHUNTING, LLC ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SARAH BOWMAR

I hereby declare and state under penalty of perjury as follows:

1. That I am Sarah Bowmar and I am one of the defendants in this action.

2. That I am competent to testify based on my personal knowledge, observations and belief and I am over the age of eighteen.

3. That my testimony is true.

4. That I am currently pregnant with my second child who is now expected to be born in March, 2022.

5. That given the complexities of pregnancy and birth it will be challenging for me to adequately participate in my defense in this matter at the time it is set for trial and for a brief time thereafter.

6. That I and my husband waive our speedy trials rights in the event the Court will indulge us and allow us a short continuance.

_/s/ Sarah Bowmar_  
SARAH BOWMAR

2-17-22  
DATE

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq (BPR #017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-279-1619
Fax: 866-610-9565
kpreston@klineprestonlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this *Declaration of Sarah Bowmar* on the 16th day of February 2022, using the Court's electronic filing system, and it has been forwarded via CM/ECF to:

Mr. Donald J. Kleine, Esq (#22669)
Assistant U.S. Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Donald.Kleine@usdoj.gov

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq.