# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR178 |
| vs. | ) | |
| JOSH BOWMAR, SARAH BOWMAR, and BOWMAR BOWHUNTING, LLC, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Continue Trial [78]. A telephone conference with counsel for the parties was held on February 23, 2022, before Magistrate Judge Michael D. Nelson. For the reasons discussed and as set forth in defendants' motion, the court finds good cause for the requested continuance, unopposed by the government. However, the parties were advised that no further continuances will be granted absent extraordinary circumstances. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [78] is granted, as follows:

1. The jury trial, **for all defendants**, now set for April 18, 2022, is continued to **July 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** February 23, 2022

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge