IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR178 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSH BOWMAR, SARAH BOWMAR, | ) | ORDER |
| and BOWMAR BOWHUNTING, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on the defendants' email motion to continue trial [86]. Counsel for the parties appeared by telephone conference on June 17, 2022, before the undersigned magistrate judge, and explained the reasons for the requested trial continuance. The government does not object to the motion being granted. For the reasons discussed and as set forth in the defendants' motion, the court finds good cause for the requested trial continuance. Accordingly,

    **IT IS ORDERED** that the email motion to continue trial [86] is granted, as follows:

1. The jury trial, now set for July 18, 2022, is continued to **September 26, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 26, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would result in a miscarriage of justice or deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(i), (iv).

    **DATED:** June 17, 2022.

    BY THE COURT:

    s/ Michael D. Nelson
    United States Magistrate Judge