IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR178 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSH BOWMAR, SARAH BOWMAR, | ) | ORDER |
| and BOWMAR BOWHUNTING, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Continue Trial [89]. Counsel for the parties appeared by telephone conference on September 15, 2022, before the undersigned magistrate judge. The parties require additional time to finalize a plea agreement. The court finds good cause for the requested trial continuance under the circumstances. Accordingly,

**IT IS ORDERED** that the Joint Motion to Continue Trial [89] is granted, as follows:

1. The jury trial, now set for September 26, 2022, is continued to **November 14, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 14, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would result in a miscarriage of justice or deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(i), (iv).

**DATED:** September 16, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge