IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSH BOWMAR, SARAH BOWMAR,<br>BOWMAR BOWHUNTING, LLC,<br><br>　　　　　　　　Defendants. | Case No. 8:20CR178<br><br>ORDER |

Before the Court is the request for production of a CD [140] of the sentencing hearing held on January 12, 2023. Upon review,

IT IS ORDERED:

1. The request for production of a CD, filing [140] is granted.

2. Andrew S. Ehard, is advised that the cost of the CD is $32.00. To proceed with this request, payment should be sent to the Clerk of Court.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a CD of the hearing held January 12, 2023. A copy of this order should also be mailed to Andrew S. Ehard.

DATED: January 25, 2023

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge