IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSH BOWMAR, SARAH BOWMAR,<br>and BOWMAR BOWHUNTING, LLC,<br>                Defendants. | 8:20CR178<br><br>**FORFEITURE MONEY JUDGMENT** |

This matter is before the Court on the Plaintiff's Motion for a Forfeiture Money Judgment in the amount of $44,000.00 (Filing No. 143). Having reviewed the motion and the record, the Court will grant the Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Motion for a Forfeiture Money Judgment (Filing No. 143) is granted.

2. Defendants, Josh Bowmar, Sarah Bowmar, and Bowmar Hunting, LLC, pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) and Fed. R. Crim. P. 32.2(b)(2), are jointly and severely liable for a forfeiture money judgment in the amount of $44,000.00.

3. Upon entry of this order, it shall become a final order of forfeiture as to these defendants.

DATED this 27th day of January, 2023.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge